UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEE LANZI,

    Plaintiff,

v.                                         Case No: 8:17-cv-2020-CEH-AEP

YAMAHA MOTOR CORPORATION,
USA and YAMAHA MOTOR
MANUFACTURING CORPORATION
OF AMERICA,

    Defendants.
_____/

# ORDER

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 160). In accord with the Joint Stipulation for Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation for Dismissal With Prejudice is **APPROVED** (Doc. 160).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on April 14, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record